HEATHER E. WILLIAMS, Bar#122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FROYLAN FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FROYLAN FUENTES,<br><br>　　　　　　Defendant. | Case No.  1:15-CR-00200 LJO-SKO-1<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>Date:   October 5, 2015<br>Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Froylan Fuentes, that the date for status conference may be continued to October 5, 2015, or the soonest date thereafter convenient to the court.  The date currently set for status conference is September 14, 2015.  The requested new date is October 5, 2015, at 8:30 a.m.

A fast track plea offer has been extended to Mr. Fuentes and a pre-plea Advisory Guideline Presentence Investigation Report (PSR) has been prepared by the United States Probation Office. However, the defense believes one offense listed in Mr. Fuentes' criminal history may not be attributable to him. This continuance is requested to allow additional time to investigate the questioned offense.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  September 10, 2015          By: /s/ *Mia A. Giacomazzi*
                                                        MIA A. GIACOMAZZI
                                                        Assistant U.S. Attorney
                                                        Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 10, 2015           By: /s/ *Eric V. Kersten*
                                                        ERIC V. KERSTEN
                                                        Assistant Federal Defender
                                                        Attorneys for Defendant
                                                        FROYLAN FUENTES

ORDER

The request for a continuance of the September 14, 2015 status conference is GRANTED. However, the next hearing, set for October 5, 2015, shall either be a change of plea or a trial setting conference. Counsel are directed to inform the Courtroom Deputy one week in advance of the nature of the hearing.

IT IS SO ORDERED.

   Dated:  **September 10, 2015**           **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE