1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-200 LJO SKO |
12 | Plaintiff, | JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE |
13 | v. | |
14 | FROYLAN FUENTES, | |
15 | Defendant. | |

16

17     The parties, by and through their respective counsel, Assistant United States Attorney Mia. A.

18 Giacomazzi, counsel for plaintiff United States of America, and Assistant Federal Defender Eric

19 Kersten, counsel for defendant Froylan Fuentes, hereby stipulate and jointly request the Court to

20 continue the status conference currently set for October 13, 2015 to October 19, 2015.

21     The defendant is charged with a violation of 8 U.S.C.§ 1326, being a deported alien found in the

22 United States. Consistent with the general fast track practice, the parties set this for a status conference

23 before the district court at the initial appearance approximately seven weeks after the initial appearance.

24 Mr. Fuentes had a legal question that he needed to be resolved prior to his signing of the fast track offer..

25 For these reasons, the parties request the Court to continue the plea and sentence to October 19, 2015.

26     The parties agree that the delay resulting from the continuance shall be excluded in the interest of

27 justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

28 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

best interests of the public and the defendant in a speedy trial.

Dated: October 9, 2015
                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Mia Giacomazzi
                                  MIA A. GIACOMAZZI
                                  Assistant United States Attorney

Dated: October 9, 2015
                                  /s/ Eric Kersten
                                  ERIC KERSTEN
                                  ASSISTANT FEDERAL DEFENDER
                                  Counsel for Defendant

## ORDER

For good cause appearing, this Court CONTINUES the October 13, 2015 status conference to October 19, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 9, 2015**　　　　　　　　　 /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE